FILED

09/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0427

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 22-0427

-------------------------------------------------------------------------------------------------

MISSOULA COUNTY,

Plaintiff, Appellant,

v.

STATE OF MONTANA; MONTANA
DEPARTMENT OF CORRECTIONS; and BRIAN
GOOTKIN, in his official capacity as the Director
of the Montana Department of Corrections,

Defendants, Appellees.

-------------------------------------------------------------------------------------------------

On Appeal from the Montana First Judicial District
Lewis and Clark County Cause No. ADV-2020-588
Honorable Judge Mike Menahan

## ORDER GRANTING EXTENSION OF MEDIATION AND BRIEFING DEADLINES

-------------------------------------------------------------------------------------------------

APPEARANCES:

Brian J. West
Dylan Jaicks
Civil Deputy County Attorneys
Missoula County Attorney's Office
200 W. Broadway St.
Missoula, MT 59802
bwest@missoulacounty.us
djaicks@missoulacounty.us
*Attorneys for Appellant Missoula County*

Colleen E. Ambrose
Montana Department of Corrections
P.O. Box 201301
Helena, MT 59620-1301
cambrose@mt.gov
*Attorney for Appellees*

Pursuant to M. R. App. P. 26(1) and upon Joint Motion of the parties for an extension of time, IT IS HEREBY ORDERED that the parties are granted an extension, up to and including December 30, 2022, within which to hold a mediation in this matter. IT IS ADDITIONALLY ORDERED that the Appellant's opening brief will be due thirty days following submission of the mediator's report.

ELECTRONICALLY SIGNED AND DATED BELOW.

**ORDER GRANTING EXTENSION OF DEADLINES** 2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 22 2022